**Exhibit A to the Complaint**

**Location:** Palo Alto, CA  
**Total Works Infringed:** 90

**IP Address:** 73.231.253.167  
**ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: B68E8B8D5B139F0F6236FB409416C5F6EFF30FBF File Hash: EC87A35B26CA48252E09A7221FEE19ACF078C658529E6A73527988F7C4700D7E | 07/04/2020 22:44:07 | Blacked | 07/04/2020 | 07/20/2020 | PA0002248966 |
| 2 | Info Hash: B68EDFE2DE43EB9F5FFE61D440BB2CB148B51738 File Hash: 3134A1CE6836C39759B8784B28122C3BD362124AFADB0182171F8E9F17F63FEE | 06/15/2020 06:35:55 | Blacked Raw | 11/28/2017 | 01/04/2018 | PA0002097446 |
| 3 | Info Hash: 901129DA9629352ECBB99FF90FE06A5F749AF4DD File Hash: 85A7466AB207044CB5BC6CCE07196BAD5B9332BE73381F73EF3600069E0123E2 | 06/15/2020 06:31:20 | Blacked | 09/12/2017 | 09/15/2017 | PA0002052846 |
| 4 | Info Hash: 0D62BFC85437781C02C5C227C5CFC07F187265B6 File Hash: 1811F7D2B8F1BD9F80C3E209DF56D408ACEB0F55AACBB26A1C701CD2E881EB7C | 05/23/2020 04:36:12 | Blacked Raw | 05/11/2020 | 06/08/2020 | PA0002243646 |
| 5 | Info Hash: 96127ED926E5751F78E60FF117D75F59E918CF27 File Hash: 3313A2993842C3CF965B06B55DFCB0348C061AE23EE7F1B73DFA0DD56BC67635 | 05/23/2020 04:36:03 | Blacked Raw | 05/18/2020 | 06/08/2020 | PA0002243644 |
| 6 | Info Hash: E11A1E9101E1B91DE9CE8EFBAE3ADF3B367EF862 File Hash: 497BACBB40344F2F603F96CB10AA606CA1AD9DEEEC152FF1A8960302C7B18C29 | 05/23/2020 04:33:51 | Blacked Raw | 05/04/2020 | 05/19/2020 | PA0002241475 |
| 7 | Info Hash: 0C8BEC5D5EF72077A25D55E0CA99C0279C7FCDF2 File Hash: 97DAE7A5B270BD72C3DC2C8F62D0025168BC6BA69C91FBF2E0E54C2DD6A1FCD5 | 05/23/2020 04:32:24 | Blacked | 05/02/2020 | 05/19/2020 | PA0002241471 |
| 8 | Info Hash: B83E00880518FBB59ED04CB16EC0BADA95B4881B File Hash: 029EFB4D3105D9CD06E5B94F441B8CEA6D551DD3AD5962D6EDFCC6174FFC925F | 05/23/2020 04:31:31 | Blacked | 05/09/2020 | 06/08/2020 | PA0002243649 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: CA5CDC908938D43DBDC0822505449EE352C2A5E3<br>File Hash: C1989360CB00041C7DF61700B88E84563F906D9EA71DB8B980D38D39D17ECE05 | 05/23/2020 04:30:44 | Blacked | 05/16/2020 | 06/22/2020 | PA0002245639 |
| 10 | Info Hash: 026E0A7F26262CE70E0FCAC848710FC70C27E475<br>File Hash: FA48C11485D2E203C9F2762B8C4EC8913D236892348A061FE3B1186FFFE3AF0C | 04/20/2020 05:59:51 | Blacked | 04/18/2020 | 05/19/2020 | PA0002241472 |
| 11 | Info Hash: F03005B40A7A7C176A757AA013FCAEE57567AFA8<br>File Hash: BD4213864BCBB75645111940739CE47CD5CA2FD674684CBAA90C741667B090AE | 04/16/2020 05:49:56 | Blacked | 04/11/2020 | 04/22/2020 | PA0002237696 |
| 12 | Info Hash: AD80D5F3B8D3C2EDCFECDEC4F88BB80A5CA8F385<br>File Hash: 1735F17FC1E003CCB19EC14636AA0AEFA2465DC8D9A4F11172C954C31710B361 | 04/14/2020 05:20:29 | Blacked Raw | 03/07/2020 | 04/17/2020 | PA0002246118 |
| 13 | Info Hash: BAFB46BF047FBA7FE3FF433BFC2B9DC3DAD3C1A9<br>File Hash: ABE2C85159B9C6CB9BF3A288E7EBB1E044B46ED260C1111A1C9BAE91E3919A19 | 04/14/2020 05:18:47 | Blacked Raw | 03/12/2020 | 04/17/2020 | PA0002246106 |
| 14 | Info Hash: FF8BDF1486B5ABB290723E3389EC2D872A93DED2<br>File Hash: A69111A597DB4D86059F4A88B6DA7CC1C050C253EFC22B2074BEDDF6B13F3E43 | 04/14/2020 05:11:56 | Blacked Raw | 03/23/2020 | 04/17/2020 | PA0002246101 |
| 15 | Info Hash: 311A9FBBADA1F899E9F78229DAF669E08F90F0CB<br>File Hash: D1C67773E72272C19C4437B039628E6F511CF6943FE61BCA7C3461D164ED6E03 | 04/14/2020 05:11:12 | Blacked Raw | 04/06/2020 | 04/17/2020 | PA0002237306 |
| 16 | Info Hash: 1B7C2A860934AA580DF97BF6D6E7E18075E90612<br>File Hash: DB7D1811FB7FF459267F5D52450BC2693B7D70A70A26828177CFC78C7276ACF2 | 04/14/2020 05:10:45 | Blacked Raw | 03/30/2020 | 04/17/2020 | PA0002237303 |
| 17 | Info Hash: B3A6087B9521879B56F38DCCD903CBBDE10E1B7E<br>File Hash: A20C720DD9BCF71D935952302888BE475240C1A15B5DF6731B9BAF04A11A6BF1 | 04/11/2020 05:55:05 | Blacked | 03/28/2020 | 04/15/2020 | PA0002246108 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 3B62BA3AC6C1A8710022D8041EF52DED60414A90<br>File Hash: 749B34A9EE51C4CA70DAB43E57D5A4C4354E0837FBCC6CE57D7B941433028158 | 04/11/2020 05:51:20 | Blacked | 03/05/2020 | 04/15/2020 | PA0002246102 |
| 19 | Info Hash: AA4BE843A51F57F2C364C24DD5D7ECF2C647F652<br>File Hash: CEDD4C9C7B46CA14DA4782D089600800BF98E22C7C6E36116628A7F20EAE5A4C | 03/06/2020 06:13:19 | Blacked Raw | 01/27/2020 | 03/15/2020 | PA0002240550 |
| 20 | Info Hash: 5DC2FDD94F0BEA0D820D57FE5F07334D76DE35BB<br>File Hash: 7AFC811A17D0B351422F3044B7887AB7B344719DB2065EAFBA4C5005D3D9FD45 | 03/03/2020 05:04:35 | Blacked Raw | 03/02/2020 | 04/17/2020 | PA0002246105 |
| 21 | Info Hash: 9AD062B77D41847C4F883744A35ECE5DC159D2EE<br>File Hash: EFC608967415494161F064BA10ED18D1DA3A342824F4F54552A4ABEF6C71DE3C | 02/29/2020 16:41:02 | Blacked Raw | 02/17/2020 | 04/17/2020 | PA0002246110 |
| 22 | Info Hash: ACC73AF6295ADA26BEB22E188064FCEE23E113BA<br>File Hash: E98DFE833F0F270D895A8C309888907A919C20F7FD267F52F8F648B652CCE1ED | 02/29/2020 16:33:00 | Blacked | 02/14/2020 | 03/18/2020 | PA0002241448 |
| 23 | Info Hash: FB904BA59C376184DC0F96C43175AB741696A8C3<br>File Hash: 50C3A700E2B381929423C73A8847400A0F00925E1F90C143DA536E979BB4BAA1 | 02/14/2020 07:53:39 | Blacked Raw | 02/01/2020 | 03/15/2020 | PA0002240553 |
| 24 | Info Hash: 1952632AD1DC26A362E2F6F7BB1BA4B17AC9A736<br>File Hash: AC067B423E8001E8AC59177BEBD99B75AC307FF3FC3A8B8DE092C543AE055B29 | 02/14/2020 07:49:29 | Blacked | 02/09/2020 | 03/18/2020 | PA0002241446 |
| 25 | Info Hash: 23C388D3240653681F962910C68DC6BDE0D4777A<br>File Hash: 6A406B895FB41CA502D4D50EF13223FD8D927292F48E1DBD9AA8E813A921B45F | 02/09/2020 16:09:15 | Blacked | 01/25/2020 | 02/20/2020 | PA0002229054 |
| 26 | Info Hash: C36B70D35B13EC6143CD098E5424C872C0B7D9CC<br>File Hash: 82651A793EDFCEF027EAA97231B6B487B2A6A7722A8959851C1A6668157DB9AD | 02/09/2020 16:06:55 | Blacked | 01/30/2020 | 02/20/2020 | PA0002237624 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: C57E4496CC569AFF5CAF447E7FF7B63A0908A4CF<br>File Hash: 33923DD0D0609DEFC1E066EEFD7E06F87509C7EBA0DC17E74C884F3AC66C91B1 | 02/09/2020 16:04:31 | Blacked | 02/04/2020 | 02/20/2020 | PA0002229052 |
| 28 | Info Hash: 1B893F676E56773ED5FF82FD7DF25116F8541544<br>File Hash: 1EE98A390083C0D4271E26488268586A62B40C29597ADC4E0583F5AF23D02873 | 01/25/2020 04:29:19 | Blacked Raw | 01/17/2020 | 02/20/2020 | PA0002229055 |
| 29 | Info Hash: 4BD4AFD397DE0F419752E93F512B43D01B84C8CF<br>File Hash: D4B5257EAED11BBC039133E99C6A6D7380F1C7AE2160AB2200D38A8292607487 | 01/16/2020 04:01:15 | Blacked | 01/10/2020 | 02/04/2020 | PA0002225582 |
| 30 | Info Hash: 7933E524A0B34BD929026F7442AB7ADBE9F82B76<br>File Hash: 3E128A945407F889D13D2D5D8B4CC3D4431E79751A881FA7C1BE8C26FF4AC53E | 12/28/2019 05:04:45 | Blacked | 12/26/2019 | 01/27/2020 | PA0002223955 |
| 31 | Info Hash: EFD6B73E8E4B83DFA7F381EA159492479034EAFE<br>File Hash: 8F78FAD6A867A0E709815F746BBBA3CD3EC4096728CB7C108224B60D65568945 | 12/28/2019 05:00:52 | Blacked | 12/21/2019 | 01/03/2020 | PA0002219632 |
| 32 | Info Hash: 6A77072C0C304C5F128B54AB23E2CFD93A232D05<br>File Hash: 7D0FDC24CA33E4DCDFC7FC488AC611468F0E1858ABA7BC1DB0C100A248E08AC4 | 12/12/2019 06:13:09 | Blacked Raw | 12/08/2019 | 12/17/2019 | PA0002217664 |
| 33 | Info Hash: 5D3CC777DA67AF7DE9B73CFE3068D7569752BDB4<br>File Hash: E99A282AE17215C0A9EDB25EEE9DC566A2EC5026D4A22A97B95F38CAFEB89DFE | 12/05/2019 06:08:18 | Blacked | 11/21/2019 | 12/09/2019 | PA0002216266 |
| 34 | Info Hash: 7A39BA7B7CD03ADB1A258EE5A9087D3595C1F2B1<br>File Hash: 2987FABC0C1F6F4617CA3E6E3D9230255A05825F1F9C12A70FD253DB1A126A90 | 12/05/2019 05:58:17 | Blacked Raw | 11/22/2019 | 12/17/2019 | PA0002217672 |
| 35 | Info Hash: DCC7090F05EBD2DC37875FE1A13D14A36BD51D03<br>File Hash: 3977D707F40DA75D1F88C1162CDBD02577ACD638784DA6945470FC3AC360AE53 | 11/03/2019 01:12:26 | Blacked | 10/27/2019 | 11/15/2019 | PA0002211841 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 892AC0EA6A2C5EE282AE707D4FDC1D3CE0031E90<br>File Hash: 5935F939E03EFE7B107E7A8EAD52D12413FEE21DF6710192553EB3815DCB4ECD | 10/25/2019 03:07:06 | Blacked | 10/17/2019 | 11/05/2019 | PA0002210291 |
| 37 | Info Hash: 7DC31F64F10A5177DC11A0B36E4E52BDD9D6743E<br>File Hash: 731763BED52FC0E38E82856DB997AEB34FE42070147E94E098EF60145CE647FA | 10/20/2019 23:30:07 | Blacked Raw | 10/14/2019 | 11/05/2019 | PA0002210289 |
| 38 | Info Hash: 0167BB6D3CF175D23BA136458BD75ECFE3E34967<br>File Hash: 020002DD7D0C1819267318728B466B0A30DB9677BFC6978076EFA2FC64D0C62E | 10/13/2019 23:21:33 | Blacked | 10/12/2019 | 11/05/2019 | PA0002227087 |
| 39 | Info Hash: DD7D9795E444F4A6C88F770090690E10B003073E<br>File Hash: 7A54C431B03EF40343B74D55875C35757C5E8AB7D71DB14BA1EBC7282381C12B | 10/13/2019 23:21:32 | Blacked Raw | 10/09/2019 | 11/05/2019 | PA0002210286 |
| 40 | Info Hash: 694DABE8C59C17C40698F8E503003AEC22FE7539<br>File Hash: 6C2C95F363391CFACBEB0D89A5D334F9597767AE12326D8D77029113563F9886 | 10/09/2019 05:54:45 | Blacked | 10/07/2019 | 10/21/2019 | PA0002207742 |
| 41 | Info Hash: 2861A1669C5388241A40C4CA8F9568E2AAADC9A1<br>File Hash: 0691F9C2C172D27A901B54F016672B3C984AB595B10F6D6D70868A52B340C95F | 09/22/2019 05:13:49 | Blacked Raw | 09/19/2019 | 09/25/2019 | PA0002203162 |
| 42 | Info Hash: D8E8738F3659CFC39E18B5D4BAC36DD445F8D1AA<br>File Hash: 950372052128E744771997FA085FBA82F1DAA4BA55C546A50060498CF6722E11 | 09/14/2019 20:39:27 | Blacked | 09/07/2019 | 09/25/2019 | PA0002203158 |
| 43 | Info Hash: FBBFEBB1C68DF7C5B90CCA1A5638DF9C4C6BFC7A<br>File Hash: 43782B257EF4AE91D30B598250B878F3E857AD38F052A179CAC0C40903C101C2 | 09/06/2019 05:25:30 | Blacked Raw | 09/04/2019 | 09/13/2019 | PA0002200700 |
| 44 | Info Hash: BCB036C989D58ECF7F9CEA9F9149936EC88CAE83<br>File Hash: 90FABA150526202169B855D03E9F549E10C6149131A5ED1D1ECB04B7D8BA7C44 | 09/06/2019 05:24:59 | Blacked | 09/02/2019 | 09/13/2019 | PA0002200702 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 45 | Info Hash: AE562DC6C598F65D0E72B777FADE3865AFD9BB09<br>File Hash: 8D1B406F1DD3C9C600BC39994A9BCEBF5181701FAB9E52FF16A6DD1C51098344 | 08/31/2019 04:17:20 | Blacked Raw | 08/30/2019 | 09/17/2019 | PA0002216138 |
| 46 | Info Hash: 973A870D555049DC68BB9A3D667902BFC69FBD3D<br>File Hash: F291E9A5D2284337B5F9CE58EF735849D834C5ACF9618C0F86C2564FA7B7F1B2 | 08/28/2019 04:30:43 | Blacked Raw | 08/25/2019 | 09/11/2019 | PA0002199991 |
| 47 | Info Hash: CB0D3A2DD39D12D6D1D0E2C443ED888B62498111<br>File Hash: 7B707376CC5B122A7C27CDA6D9D25EA806B8A3386816712746E86CC013B76C2A | 08/24/2019 14:05:36 | Blacked | 08/23/2019 | 09/11/2019 | PA0002199989 |
| 48 | Info Hash: DA688C76F0C068A444122EE74FBF1731CAFA1B5C<br>File Hash: F7E8945C6E4E75F65D98B9012C7F3432818A5D2EE24B1BD5BE6734A3BBA4B278 | 08/24/2019 14:04:14 | Blacked | 08/18/2019 | 09/17/2019 | PA0002216216 |
| 49 | Info Hash: 40089FC7550D25DE7A862FA5606B93A853E4B703<br>File Hash: CA16B9B3CD01D2A8B264CB18569944DBF0BB2B76D1ECB298C1823BE42176B267 | 08/15/2019 04:01:05 | Blacked Raw | 08/10/2019 | 09/11/2019 | PA0002199990 |
| 50 | Info Hash: 485B6FBDEBDBF83F4A83EACCE13716BE56D68BC0<br>File Hash: C514FB7B61621CD592F7479B34A543B0087276B132FC0A72CF471B35A850A4EA | 08/08/2019 03:54:56 | Blacked Raw | 08/05/2019 | 08/27/2019 | PA0002213302 |
| 51 | Info Hash: D33C4FAAE50EACEBCFF572546A0564E472E1DE9A<br>File Hash: 6F2400663244641539D1C807EFBBF64BA80DC37D027112F81EE9217DDB29CF60 | 08/08/2019 03:49:35 | Blacked | 07/19/2019 | 09/10/2019 | PA0002199415 |
| 52 | Info Hash: 662C42833DF0727F4B96196F88475B615B2F0D2B<br>File Hash: 181A5A85F913157A0303150E1B0C7ECC81F7A63FC42BA1071B5236AC52A0432E | 08/01/2019 04:28:35 | Blacked Raw | 07/31/2019 | 08/22/2019 | PA0002195511 |
| 53 | Info Hash: 520B8FD2205BD05866304E15FF59E272165F07A1<br>File Hash: 52DF64DCF2BE2409B2C2E574B2C2C5FFD31B98A0B8A9E2FBD1F768A641D64D77 | 07/27/2019 04:31:57 | Blacked Raw | 07/21/2019 | 08/27/2019 | PA0002213243 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 54 | Info Hash: B426DA516B5F87C97B1C1D5732F040BC16B1F5A4<br>File Hash: 8D6DDB62698A011D6F8AEDECA858410D559FE50CDD8DF33B7527D8CBC1F54D77 | 07/27/2019 04:30:09 | Blacked | 07/24/2019 | 09/10/2019 | PA0002199414 |
| 55 | Info Hash: 2F092E0F05BFF10617C5EFDCC6827A380F51281E<br>File Hash: 50456612F7DBE8A290429B9B565013723D1D8C62F683B71DD639F8F112699BE0 | 07/07/2019 20:13:37 | Blacked Raw | 07/06/2019 | 08/02/2019 | PA0002192304 |
| 56 | Info Hash: 2BF02F908D94623615F531B2127029AB649A25B0<br>File Hash: 2A99F8339AC1D92E6CC19BB75EA7231DC7704158D91CA9D3C28ADBCBD245658B | 07/07/2019 20:10:30 | Blacked | 07/04/2019 | 08/27/2019 | PA0002213242 |
| 57 | Info Hash: E77556FF1B8801EF785D7907FE385F708DAA27D6<br>File Hash: 2E57A1C6C974FE5F3E51B11B4612316D5CDE4DA0F4A6F0EB90D54E0D1D0E1767 | 06/29/2019 14:17:52 | Blacked Raw | 06/26/2019 | 08/27/2019 | PA0002213245 |
| 58 | Info Hash: 9BE2AE8D6831BC116B0A33310FE810DAD8533831<br>File Hash: B06FBDC51ECFA63AB6B55910ED8E2DF6D7C1AAE706BFD037163C709CC538C720 | 06/19/2019 04:43:24 | Blacked Raw | 06/16/2019 | 07/17/2019 | PA0002188314 |
| 59 | Info Hash: AC15D10D7B49E76250881D4E319E76C49194C563<br>File Hash: 044B57C3AF1C1263B70E8B6F20388DA5C8A4BA7D1EB44820EDA92F135E8CAAEF | 06/15/2019 18:58:03 | Blacked | 06/14/2019 | 07/17/2019 | PA0002188312 |
| 60 | Info Hash: 6485D2C06BE7023990B69BE93812D5066B963ED4<br>File Hash: 6BD50384C2A3D1B2EB118CCD6446810BFA75029F99661CE43DE6218B26DE128D | 06/13/2019 13:03:23 | Blacked | 04/20/2018 | 05/23/2018 | PA0002101307 |
| 61 | Info Hash: FE27534F0A43907D070795DDF984F707E0FEDCF1<br>File Hash: 2E2112D600A76F0B030C381DB306667268C759E220CEE041A5B523D6CB631DAA | 06/08/2019 21:28:01 | Blacked Raw | 06/06/2019 | 08/02/2019 | PA0002192288 |
| 62 | Info Hash: 48CAFD9A5CB32DA61CC6C41F33A15B26A7DAA510<br>File Hash: 38205F001C261D5FD79FC2A35134BB96F8E549E9C410643AF6D25CD576A53DA6 | 06/05/2019 06:50:51 | Blacked | 06/04/2019 | 07/17/2019 | PA0002188309 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 63 | Info Hash: 6952B8D46BE6EF10996035360EEE1934530DD7FB<br>File Hash: 65C538772B207C69B26812A4BAC92DDCC346EE0285BAC8A1C1E793F162C89BD5 | 05/29/2019 06:09:10 | Blacked | 05/25/2019 | 06/13/2019 | PA0002180952 |
| 64 | Info Hash: DDE59C875C7FEDB150E58E51ACFF8D33FDB2CF72<br>File Hash: B1EAEAD5B5D4AA4102D4A0D46CF8206B6D4E3C6E2EAD3BAFD1BD26D336683604 | 05/23/2019 04:59:08 | Blacked Raw | 05/22/2019 | 07/17/2019 | PA0002188299 |
| 65 | Info Hash: 2A1C18497DDBF19A571FE803E1F65B2AA1F2215D<br>File Hash: 758EEF7648323B9A52014826F5ADCA984A5EBD1AD7F2D08CC284F5E164A59F55 | 05/17/2019 14:01:21 | Blacked Raw | 05/12/2019 | 07/05/2019 | PA0002206384 |
| 66 | Info Hash: 6A3BE07313D1C03371ABCC46EAF6BFE12FE50820<br>File Hash: 620CE75BBCA068FD4939E55ED6508ACA1832F425A4A705AE45DF5AEB037FDC7F | 05/11/2019 05:07:11 | Blacked | 05/10/2019 | 07/05/2019 | PA0002206368 |
| 67 | Info Hash: 9997CF8CCB71D608B88FA34B3CAB2A89E02853D7<br>File Hash: 7D6C351F29E6D586CEA8AA86EAF5C7A51AD7ABA9B48A61642DC35882F5FCF87C | 04/29/2019 14:06:24 | Blacked Raw | 04/27/2019 | 07/05/2019 | PA0002206379 |
| 68 | Info Hash: C5E40D1290765C66AA26AD0CC46316E0AB8DFA91<br>File Hash: 65CF2DB4F3EB0A8C7E92CDCCDD71B394AE5E9398D15EB6E05FA1854CF9BEF0DB | 04/27/2019 13:23:28 | Blacked | 04/25/2019 | 05/28/2019 | PA0002200766 |
| 69 | Info Hash: A9F3E5E43E03567D7BCE5E1ACB1EAE2E208A40EE<br>File Hash: A637F15D8023E46243A15AF8C10A3C52072E94BA2227789C4F1EB59E1538044F | 04/22/2019 13:41:45 | Blacked Raw | 04/12/2019 | 05/11/2019 | PA0002173884 |
| 70 | Info Hash: E379ED5EEFC381915FF2D01414BF596D57EFF6AA<br>File Hash: 9ED0F5A4689762B66BAD4F66ABD6423D8217EFBE5E68BA413E7366016E3FDC8E | 03/27/2019 02:45:31 | Blacked | 03/21/2019 | 04/17/2019 | PA0002186999 |
| 71 | Info Hash: B189F7154051D8613DD8D381642B96A7F2B3D6EE<br>File Hash: 58ADAB0A26782FF45C403700B4E204A793FF77194D5E84155500A41B29A60B08 | 03/25/2019 05:12:35 | Blacked Raw | 03/23/2019 | 04/08/2019 | PA0002164877 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 72 | Info Hash: 7F54BA0D9D039851A32EF2952EE2D918DDF74E75<br>File Hash: 968CD59D03EDB6855819B6B91E9AC359A4E9BAD3A22E64333F5F8B50CE9EEEA5 | 03/20/2019 02:30:17 | Blacked | 03/16/2019 | 04/17/2019 | PA0002186980 |
| 73 | Info Hash: B6B797F1C151B6D8214E3761A5510F21DE052AB2<br>File Hash: 99983CD7AA27959DDD98846ECEAA8D9319C36410512EC5D671B894F09DFAE69A | 03/12/2019 05:32:47 | Blacked | 03/11/2019 | 03/31/2019 | PA0002163979 |
| 74 | Info Hash: 1F722C52415B40FEACCCB7B6334EA08C85BBC5B5<br>File Hash: 9B0F43D135D9FC8D19D87617422A59563EE32D1532369A9FDCBC461E71A463DD | 03/12/2019 05:25:00 | Blacked Raw | 03/08/2019 | 04/29/2019 | PA0002169934 |
| 75 | Info Hash: 896414FEC6D0B67D55D70E796377323E455E6185<br>File Hash: E7B1497F9047391F8CCDEF914584AB0F25AD1DCF69B94430325A919C395F6E2F | 03/08/2019 06:01:04 | Blacked Raw | 03/03/2019 | 04/17/2019 | PA0002186905 |
| 76 | Info Hash: DCBE768B9794A804EED1BD6C3027B1D9C0B8886F<br>File Hash: DD50044D8A473D231ECEEEBD22E67DE01894A24FACEBA49FC59255BD81758209 | 02/23/2019 06:29:14 | Blacked Raw | 02/16/2019 | 03/11/2019 | PA0002158595 |
| 77 | Info Hash: 6D086E1CC31556A97BE20B50915D796AEF41EEFE<br>File Hash: 83C01DAD173494B32410361647E2BCB7F4D7365F698E77C4483BFD570FD5ADD8 | 02/23/2019 06:28:11 | Blacked | 02/19/2019 | 03/24/2019 | PA0002184061 |
| 78 | Info Hash: 18D28D24647668DAD57C382DEEBDE36BDC4FE8ED<br>File Hash: F3F26837CB2A648AEC01778478E5917ADC224A59465DB74C4A873F915C67B5ED | 02/10/2019 17:10:26 | Blacked | 02/04/2019 | 03/24/2019 | PA0002183208 |
| 79 | Info Hash: 348C1A7AFB3B67576479E8C3C43848B4E4D4651E<br>File Hash: 3A4995D6F8DA9808F3B0F491974F3F268BED589EB76D2AC7703FB12D73757AEC | 02/07/2019 14:55:39 | Blacked Raw | 02/06/2019 | 03/24/2019 | PA0002183207 |
| 80 | Info Hash: 44B182FA7FCBCCFF7DA0E1999AAEBC18BE1E73FA<br>File Hash: 12B14F885B4A3F73C6BE36575AFA81001AEB4DFD8FB67B7E48423E09031792BA | 02/01/2019 14:43:38 | Blacked Raw | 01/27/2019 | 03/24/2019 | PA0002184066 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 81 | Info Hash: B606ABAA47476F9563F9F17086AF3C58F57D4960<br>File Hash: F950B702A847AF99FCD90A04BEA848594B121365C3E9ED0475DB8E58B03861B8 | 01/18/2019 06:57:14 | Blacked | 01/15/2019 | 02/02/2019 | PA0002155371 |
| 82 | Info Hash: 7D0D6DA35D52C71A720392F45BDE107C238414E5<br>File Hash: 2A0A10EA1D499AA72570759AE8686D273D001FD5C2CA174451D22FA55D33CF5F | 01/07/2019 04:19:41 | Blacked Raw | 01/02/2019 | 02/02/2019 | PA0002155379 |
| 83 | Info Hash: F5E931AB78F7394210896FEC71ADFB7C43276832<br>File Hash: 8E2BEF7AF870C92A364F805705266C4615109944B38A0E6D420610D5979E2A9D | 12/21/2018 06:37:59 | Blacked | 11/21/2018 | 01/22/2019 | PA0002149833 |
| 84 | Info Hash: D50BF8212FE5D98D5F36C1B12E745F493E67C6DE<br>File Hash: 1EC6AF2A9B6F2C1940561B49D1B98E76A25192B5E03C0783E6E0C143961D87D7 | 12/21/2018 06:22:47 | Blacked Raw | 04/02/2018 | 04/17/2018 | PA0002116078 |
| 85 | Info Hash: AD5B2C54E6A1F387BDA08B9848BE8D988A2F2553<br>File Hash: 54F831A3FC2037FD0A192B3EB719A6689B82A4FB1BD39A5875868492F4308E36 | 12/19/2018 06:28:11 | Blacked Raw | 04/07/2018 | 06/19/2018 | PA0002126641 |
| 86 | Info Hash: 6AAA3C600904AABE2D4B6B0B13AC1400856AD856<br>File Hash: 4D5131F83A161A61BCC759E3AA7729C7BF9F99527E0D0FA59AD26AD5A61316B7 | 12/19/2018 06:26:14 | Blacked Raw | 04/17/2018 | 05/23/2018 | PA0002101308 |
| 87 | Info Hash: 7EE851E09AB8BD5EB069382157EDEA8F2196F6D3<br>File Hash: 5015B4A5FAB09074E326E9CC89F43B29F1F63336A25B87B9D3A67061C215EE06 | 12/12/2018 06:31:38 | Blacked Raw | 08/30/2018 | 10/16/2018 | PA0002127777 |
| 88 | Info Hash: F4D451D280EA3EFD522634DAD50CA43E70707840<br>File Hash: 0664E4F3174FC92904E3B82F65183E956AA32BDD414BEABE4451C918F2247307 | 12/12/2018 06:30:34 | Blacked Raw | 07/31/2018 | 09/05/2018 | PA0002134603 |
| 89 | Info Hash: CA2BD24A9E144AAC283890A9F9FBF3997F62FF7D<br>File Hash: 61A653C728709F98BA0ABA9E2B93802CF671AD12A19AA043CA4957404FD3BB01 | 12/12/2018 06:28:09 | Blacked Raw | 03/13/2018 | 04/17/2018 | PA0002116738 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 90 | Info Hash: 716BD92E139BE2039209B3F8C494B7A8356E4774<br>File Hash: D02255E8C093E98B712A51334068B516A9B2B7C10B0482D76261E8C7712FE1E0 | 12/04/2018 06:20:05 | Blacked Raw | 11/21/2018 | 12/18/2018 | PA0002141915 |